UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MICHAEL WILSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 1:16-cv-00024-RL |
| ) | |
| SUPERINTENDENT, INDIANA ) | |
| STATE PRISON, ) | |
| ) | |
| Respondent. ) | |

## RECEIPT FOR COURT RECORDS

Respondent has filed with the Clerk of the Court the state record of proceedings prepared for and filed with the Indiana Court of in Petitioner's direct appeal in *Wilson v. State*, Cause No. 49A05-0806-CR-00329 (3 Vol. Transcript, 3 Vol. Exhibits, 2 Vol. Appendix; 1 Vol. Table of Contents); Petitioner's appeal from the denial of post-conviction relief in *Wilson v. State*, Cause No. 49A02-1401-PC-00049 (3 Vol. Transcript, 4 Vol. Exhibits, 2 Vol. Appendix, 1 Table of Contents).

These records shall be returned to the Office of the Attorney General of Indiana for return to the Clerk of the Indiana Supreme Court upon completion of these proceedings.

Dated: 6-17-16

Deputy Clerk, U.S. District Court
Northern District of Indiana